IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GAYLA F. LYONS,

    Plaintiff,

v.

                              Civil Action 2:17-cv-189
                              Judge Algenon L. Marbley
                              Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion for Remand to the Commissioner pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 15.) Per the parties' agreement, on remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will then conduct further proceedings, offer Plaintiff a supplemental hearing, and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, issuing a new decision after these proceedings. Accordingly, this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.

    **IT IS SO ORDERED.**

                                                  s/Algenon L. Marbley
                                                  ALGENON L. MARBLEY
                                                  UNITED STATES DISTRICT COURT

**Dated: November 3, 2017**